**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-20513

JOHN DUGAS; RONALD EARLES,

Plaintiffs-Appellants,

versus

ENRON CORPORATION, ENRON CORPORATION
SEVERANCE PAY PLAN; ENRON CORPORATION
EMPLOYEE STOCK OWNERSHIP PLAN; JACK I.
TOMPKINS; ENRON CORPORATION SAVINGS PLAN,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Texas
(H-95-CV-4447)

May 7, 1998

Before POLITZ, Chief Judge, REAVLEY and JONES, Circuit Judges.

PER CURIAM:[*]

John Dugas and Ronald Earles appeal an adverse summary judgment.

Having considered the briefs, oral arguments of counsel, and pertinent parts of the

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

summary judgment record, and finding neither error nor abuse of discretion, and

on the basis of the authorities cited and reasons assigned by the magistrate judge

in her thorough and comprehensive Memorandum and Order dated May 19, 1997,

and entered May 20, 1997, the judgment appealed is AFFIRMED.